| | |
|---|---|
| ☐ Small Claims    ☐ County Court    ☒ District Court<br>☐ Probate Court    ☐ Juvenile Court    ☐ Water Court<br>Gunnison County, State of Colorado<br>Court Address:<br>200 E. Virginia Ave.<br>Gunnison, CO 81230<br>Phone: (970)-642-8300 | DATE FILED: November 3, 2023 11:32 AM<br>FILING ID: 5F4BD21FF54D0<br>CASE NUMBER: 2023CV30051 |
| **CAROLYN PAUL,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES F. CLIGGETT,**<br><br>Defendant. | ▲ COURT USE ONLY ▲<br><br>Case Number:<br><br>Div:<br><br>Courtroom: |
| Attorney for Plaintiff<br>HUCKSTEP LAW, LLC<br>Aaron J. Huckstep, Atty Reg No. 39898<br>426 Belleview Ave, Unit 303 / P.O. Box 2958<br>Crested Butte, CO 81224<br>Telephone: (970) 349-2009<br>Facsimile: (970) 797-1023<br>E-mail: huck@hucksteplaw.com | |
| **CIVIL COVER SHEET** | |

1. **This cover sheet shall be filed with each pleading containing an initial claim for relief in every district court civil (CV) case, and shall be served on all parties along with the pleading.** It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. **Check one of the following:**

☐ This case is governed by C.R.C.P. 16.1 because:

EXHIBIT C

- The case is not a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding; *AND*

- A monetary judgment over $100,000 is not sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☒ This case is not governed by C.R.C.P. 16.1 because (check ALL boxes that apply):

☐ The case is a class action, domestic relations case, juvenile case, mental health case, probate case, water law case, forcible entry and detainer, C.R.C.P. 106, C.R.C.P. 120, or other similar expedited proceeding (this is a Rule 105 proceeding).

☒ A monetary judgment over $100,000 is sought by any party against any other single party. This amount includes attorney fees, penalties, and punitive damages; it excludes interest and costs, as well as the value of any equitable relief sought.

☐ Another party has previously indicated in a Case Cover Sheet that the simplified procedure under C.R.C.P. 16.1 does not apply to the case.

**3.** ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Dated: November 3, 2023

HUCKSTEP LAW, LLC

*/s/ Aaron J. Huckstep*

_____
Aaron J. Huckstep, Atty. Reg. No. 39898
P.O. Box 2958
Crested Butte, CO 81224
(970)349-2009
Attorney for Plaintiff